UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-08785 |
| James M Beczkiewicz and Lynne A ) Beczkiewicz ) | (Jointly Administered) | |
| ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| Debtor(s) ) | | |

**ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtors to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor's Motion USE SELL OR LEASE PROPERTY 363(b) located at 11216 E Chesapeake Place Westchester, IL 60154.  is hereby granted.
2. The mortgage lien held by Mr. Cooper DBA Nationstar mortgage shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to  Mr. Cooper DBA Nationstar mortgage short-sale approval.
3.The mortgage lien held by Citi Bank / Citi Mortgage shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to Citi Bank / Citi Mortgage short-sale approval.
3. Debtor's will provide the Trustee with a complete copy of the closing statement within 10 days of closing.
4. Debtor's shall be paid the first $30,000 as their homestead exemption.
5. Any proceeds in excess of Debtor's homestead exemption shall be paid to the Chapter 13 Trustee to be applied to Debtors plan base.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  March 23, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600